UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-21347-CIV-MORENO

JOHN MORALES,

    Plaintiff,

vs.

EL BRAZO FUERTE ENTERPRISES, INC.,

    Defendant,

_____/

### ORDER REMOVING ATTORNEY NATHAN SOOWAL AS ATTORNEY OF RECORD FOR THE DEFENDANT

THIS CAUSE came before the Court upon Notice of Disassociation of Counsel. **(D.E. 3)**, filed on **May 24, 2019**.

THE COURT has considered the notice, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the Clerk of Court shall remove Nathan Soowal as counsel of record for Defendant and remove Mr. Soowal from the Court's electronic mailing list.

DONE AND ORDERED in Chambers at Miami, Florida, this ___3___ of June 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record